**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| THOMAS MONCRIEF, | : |
| | : |
|    Plaintiff, | : |
| | : |
| v. | :    Civil Filing No. 1:23-cv-220 |
| | : |
| HOME DEPOT U.S.A., INC., | : |
| | : |
| and | : |
| | : |
| KENNETH MATTHEWSLORD, | : |
| | : |
|    Defendants. | : |

## NOTICE OF REMOVAL

Defendants, HOME DEPOT U.S.A., INC. (hereinafter "Home Depot") and KENNETH MATTHEWSLORD (hereinafter "Mr. Matthewslord")(collectively "Defendants), by and through counsel, hereby give notice of removal of the above action from the Circuit Court for the City of Fairfax County ("Circuit Court") to the United States District Court for the Eastern District of Virginia, Alexandria Division, pursuant to 28 U.S.C. §§ 1332(a), 1441, and 1446. As set forth below, this Court has original diversity jurisdiction over this action pursuant to Section 28 U.S.C. § 1332. All requirements for removal of this action are met through the allegations contained in the pleadings filed in the Circuit Court and this Notice of Removal.

In support of this Notice of Removal, Defendants state as follows:

1. There is pending in the Circuit Court for Fairfax County, Virginia a Complaint styled <u>Thomas Moncrief v. Home Depot U.S.A., Inc. and Kenneth Matthewslord</u>, Case No. CL2022-17507 (the "State Court Action"). The Complaint in the State Court Action was filed on or about December 30, 2022. A copy of the Complaint is attached hereto as **Exhibit A**.

2. Defendants received a copy of the Complaint in the State Court Action on or about January 20, 2023. Defendants filed a Demurrer/Rule 12(b)(6) Motion to Dismiss, Motion to Strike, and Answer to Plaintiff's Complaint on February 10, 2023 in the Circuit Court for Fairfax County, but no further proceedings have been held in the State Court Action. A copy of the a Demurrer/Rule 12(b)(6) Motion to Dismiss, Motion to Strike and Answer is attached hereto as **Exhibit B**.

3. This Notice of Removal is filed within thirty days upon which Defendants were first served with a copy of the Complaint and is therefore timely pursuant to 29 U.S.C. § 1446(b).

4. The State Court Action is properly removed under 28 U.S.C. § 1441(a) because the State Court Action is subject to the original of this Court pursuant to 28 U.S.C. § 1332, as explained below.

5. Defendants are informed and believe the Plaintiff, Thomas Moncrief, is an individual residing in the Commonwealth of Virginia.

6. Mr. Matthewslord is an individual residing in the State of Maryland.

7. Home Depot is incorporated under the laws of the State of Delaware and has its principle place of business in Atlanta, Georgia.

8. Plaintiff's Complaint seeks damages in the amount of $15,000,000.00.

9. This action is properly removed on grounds of diversity jurisdiction because (a) complete diversity exists between the Plaintiff, Mr. Matthewslord, and Home Depot, and (b) the amount in controversy herein exceeds the sum or value of $75,000.00, exclusive of interest and costs.

10. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and the Clerk of the Circuit Court for Fairfax County, Virginia, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendants, HOME DEPOT U.S.A., INC. and KENNETH MATTHEWSLORD, respectfully requests that this case proceed before this Court as an action properly removed.

> */s/ Jessica G. Relyea*
> Jessica G. Relyea, VSB# 76775
> William H. Monroe, III, VSB# 97413
> *Counsel for Home Depot U.S.A., Inc. and Kenneth Matthewslord*
> KALBAUGH, PFUND & MESSERSMITH, P.C.
> 901 Moorefield Park Drive, Suite 200
> Richmond, Virginia 23236
> (804) 320-6300
> (804) 320-6312 (fax)
> Jessica.Relyea@kpmlaw.com
> Trey.Monroe@kpmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Removal was electronically mailed and mailed, first class, postage prepaid, this 17th day of February, 2023, to:

Michael D. Reiter, VSB# 93115
Michael E. Duncanson, VSB# 92893
CHASENBOSCOLO INJURY LAWYERS
6402 Arlington Blvd., Suite 600
Falls Church, VA 22042
(703) 538-1138 (telephone)
(703) 538-2774 (fax)
mreiter@chasenboscolo.com
mduncanson@chasenboscolo.com
*Counsel for Plaintiff*

*/s/ Jessica G. Relyea*
Jessica G. Relyea, VSB# 76775
William H. Monroe, III, VSB# 97413
*Counsel for Home Depot U.S.A., Inc. and Kenneth Matthewslord*
KALBAUGH, PFUND & MESSERSMITH, P.C.
901 Moorefield Park Drive, Suite 200
Richmond, Virginia 23236
(804) 320-6300
(804) 320-6312 (fax)
Jessica.Relyea@kpmlaw.com
Trey.Monroe@kpmlaw.com